AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

SOUTHERN                DISTRICT OF                TEXAS

McALLEN DIVISION

United States Courts
Southern District of Texas
FILED
AUG - 6 2006

Michael N. Milby, Clerk of Court

**UNITED STATES OF AMERICA**
v.
**Mario RIVAS-Sarmiento**
A78 953 796
AKA:    Mario RIVAS
IAE
the United Mexican States        YOB:    1971
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number:  7:06-po-03695

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 27, 2006__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did,
*(Track Statutory Language of Offense)*
Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__ **(Misdemeanor)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Mario RIVAS-Sarmiento was encountered by Border Patrol Agents near Edinburg, Texas on June 28, 2006. An Immigration Detainer was placed upon the alien and he was remanded to the custody of the Border Patrol on August 4, 2006. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on June 27, 2006 by wading across the Rio Grande River near the Hidalgo, Texas Port of Entry.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

_____
Signature of Complainant

Sofia Fuentes        Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**August 6, 2006**                    at    **McAllen, Texas**
Date                                            City and State

**Peter E. Ormsby**, U.S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer